# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

ANA MAXIMILIANO (02),

            Defendant.

Case No. 17CR3697-MMA

JUDGMENT OF DISMISSAL

FILED MAR 06 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, with prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Information:

8 USC 1324(a)(2)(B)(iii); 18 USC 2 – Bringing in Aliens without Presentation; Aiding & Abetting.

8 USC 1324(a)(2)(B)(ii); 18 USC 2 – Bringing in Aliens for Financial Gain; Aiding & Abetting;

Dated: 3/5/2019

Hon. Ruben B. Brooks
United States District Judge